# King & Spalding

King & Spalding LLP
633 West Fifth Street
Suite 1600
Los Angeles, CA 90071
Tel: +1 213 443 4355
Fax: +1 213 443 4310
www.kslaw.com

David K. Willingham
Partner
Direct Dial: +1 415 318 1204
Direct Fax: +1 213 443 4310
dwillingham@kslaw.com

May 5, 2023

<u>Via ECF</u>

Re: Third-Party Petitioner, Kimora Lee Simmons-Leissner's Petition, *United States v. Tim Leissner*, 18 Cr. 439 (MKB)

The Honorable Margo K. Brodie
Chief United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Dear Chief Judge Brodie,

    We respectfully submit this letter on behalf of our client Kimora Lee Simmons-Leissner in connection with the Court's amended preliminary order of forfeiture entered on March 3, 2023 (Dkt. No. 68). Enclosed is our client's Verified Petition (and accompaying exhibits), filed pursuant to Title 21, United States Code, Section 853(n), to adjudicate Kimora Lee Simmons-Leissner's interest in property ordered forfeited pursuant to the Court's amended preliminary forfeiture order.

    We appreciate the Court's attention to this matter.

Very truly yours,

David K. Willingham
(*pro hac vice* application, forthcoming)
Michael D. Roth
(*pro hac vice* application, forthcoming)
David Lesser
*Attorneys for Third-Party Petitioner,
Kimora Lee Simmons-Leissner*

Enclosure