# Exhibit 4

## Lauren Robinson

| | |
|---|---|
| **From:** | Kimora Lee Simmons ███████████████ |
| **Sent:** | Sunday, April 16, 2017 3:17 PM |
| **To:** | Greg Robinson Accountant. |
| **Cc:** | Tim Email; Lauren Robinson-ACCT |
| **Subject:** | Fwd: Investment into CELSIUS |
| **Attachments:** | Celsius Wire Instructions.docx; ATT00001.htm |

Hi Greg and Lauren,
The below explains my recent 1mm investment into new horizons for CELSIUS

Please keep this for your records. If you have any question re new horizons or CELSIUS please don't hesitate to ask.


Love and Light,
KLSL

Begin forwarded message:

> **From:** Tim Leissner ███████████████
> **Date:** January 27, 2017 at 1:51:47 PM PST
> **To:** ICE KLSL ███████████████
> **Subject: Fw: Investment into CELSIUS**
> **Reply-To:** Tim Leissner ███████████████
>
> Dearest baby pie,
> to clarify the structure of our investment and your US$1 million. You will wire the US$1 million directly to Celsius Holdings Inc, but on behalf of Nu Horizons, and Celsius will record it as such. Nu Horizons is our investment vehicle which has invested to date US$3.15 million at US$0.89 per share and US$300k at US$3.00 per share. Your US$1 million will acquire the shares at US$3.00 per share too as this is the new round of funding. However, as we are doing it through Nu Horizons, you will get the benefit of the previously acquired stake at US$0.89 per share as we agreed to blend your contribution with the previously existing shares. That means your US$1 million will have a blended average share price of US$1.12 per share. The current share price as of today is US$3.65 per share, a gain of 3.25x the money invested.
> I love you endlessly!
>
>
> ----- Forwarded Message -----
> **From:** Tim Leissner ███████████████
> **To:** ICE KLSL ███████████████
> **Sent:** Thursday, January 26, 2017 6:13 AM
> **Subject:** Investment into CELSIUS
>
> Baby pie, attached the wire instructions to CELSIUS for you
> I love you endlessly !!!!

Sent from my iPhone