# Exhibit 5

# RESIGNATION OF MANAGER
# OF
# NU HORIZONS INVESTMENT GROUP, LLC

In accordance with Section 8.3 of the Operating Agreement of NU HORIZONS INVESTMENT GROUP, LLC (the "Company") dated as of January 1, 2016, I hereby resign as Manager of the Company effective Monday, January 22, 2018.

Dated: January 22, 2018

_____
RUSSELL SIMMONS

2810220 v1
08497.00050