# BRAFMAN & ASSOCIATES, P.C.

ATTORNEYS AT LAW

256 FIFTH AVENUE, 2ND FLOOR

NEW YORK, NEW YORK 10001

TELEPHONE: (212) 750-7800

FACSIMILE: (212) 750-3906

E-MAIL: ATTORNEYS@BRAFLAW.COM

BENJAMIN BRAFMAN

MARK M. BAKER
OF COUNSEL

MARC A. AGNIFILO
OF COUNSEL

ZACH INTRATER
OF COUNSEL

ANDREA L. ZELLAN

JACOB KAPLAN
ADMITTED IN NY & NJ

TENY R. GERAGOS
ADMITTED IN NY & CA

May 5, 2023

VIA ECF
The Honorable Margo K. Brodie
Chief United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:     United States v. Tim Leissner, 18 Cr. 439 (MKB)

Dear Chief Judge Brodie:

    We respectfully submit this letter and enclosures on behalf of our client, Mr. Roger Ng, in connection with the Court's amended preliminary order of forfeiture entered on March 3, 2023. (Dkt. 68.) Thank you for your consideration.

Respectfully submitted,

Marc A. Agnifilo

cc:     Counsel for the Government (via ECF and Fedex)