

**Jeffrey Alberts**
Partner

Direct Tel: 212-326-0800
Main Fax: 212-326-0806
jalberts@pryorcashman.com

May 5, 2023

**VIA ECF**

The Honorable Margo K. Brodie
Chief United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: *United States v. Tim Leissner*, **18-CR-439 (MKB)**

Dear Chief Judge Brodie,

  We write as counsel to Russell Simmons to assert an interest in the 3,325,942 shares of stock in Celsius Holdings, Inc. held in a J.P. Morgan Chase Bank brokerage account with an account number ending in "7002" in the name of Kimora Lee Simmons identified in the Amended Preliminary Order of Forfeiture entered in the above-captioned action on March 3, 2023. Our client's Verified Petition is enclosed. We appreciate the Court's attention to this matter.

              Sincerely,

              /s/ *Jeffrey Alberts*

              Jeffrey Alberts

Enclosure:

cc (by ECF):
  AUSA Drew Rolle
  AUSA Dylan Stern
  AUSA Tanisha Payne
  AUSA Margaret Moeser