# EXHIBIT 1

HISTORICAL QUOTES:  CELH                                                                                    ✏ Edit my quotes

# Celsius Holdings, Inc. Common Stock (CELH)

Nasdaq Listed

**$100.04**  +0.21 (+0.21%)

Bid: **N/A**  Ask: **N/A**

Volume: **719,945**

MAY 4, 2023

● 1


Earnings Date  ✕

➕ ADD TO WATCHLIST                                    ➕ ADD TO PORTFOLIO

QUOTES

☰                           Nasdaq                                   🔍

Real-Time

After-Hours

Pre-Market

Charts

NEWS & ANALYSIS

News

Press Releases

Analyst Research

| | |
|---|---|
| Dividend History | **Historical Quotes** |
| Historical NOCP | Financials |
| Earnings | P/E & PEG Ratios |
| Option Chain | Short Interest |
| Institutional Holdings | Insider Activity |
| SEC Filings | Revenue EPS |

CELH  >  CELH HISTORICAL DATA

# CELH Historical Data

| 1M | 6M | YTD | 1Y | **5Y** | MAX | | DOWNLOAD DATA ⬇ |
|---|---|---|---|---|---|---|---|

| Date | Close/Last | Volume | Open | High | Low |
|---|---|---|---|---|---|
| 09/10/2018 | $4.60 | 40,930 | $4.48 | $4.60 | |

MY QUOTES  ⌃

| | | | | | |
|---|---|---|---|---|---|
| 09/07/2018 | $4.42 | 43,215 | $4.26 | $4.52 | $4.26 |
| 09/06/2018 | $4.30 | 25,795 | $4.37 | $4.56 | $4.30 |
| 09/05/2018 | $4.39 | 29,573 | $4.38 | $4.4212 | $4.30 |
| 09/04/2018 | $4.41 | 36,193 | $4.53 | $4.55 | $4.3487 |
| 08/31/2018 | $4.57 | 125,359 | $4.01 | $4.64 | $4.01 |
| 08/30/2018 | $4.13 | 44,526 | $4.25 | $4.25 | $4.06 |
| 08/29/2018 | $4.18 | 56,607 | $4.23 | $4.23 | $4.08 |
| 08/28/2018 | $4.20 | 82,581 | $4.31 | $4.31 | $4.01 |
| 08/27/2018 | $4.27 | 35,058 | $4.37 | $4.465 | $4.26 |
| 08/24/2018 | $4.37 | 18,345 | $4.44 | $4.44 | $4.31 |
| 08/23/2018 | $4.43 | 28,228 | $4.43 | $4.49 | $4.31 |
| 08/22/2018 | $4.40 | 37,721 | $4.47 | $4.5288 | $4.30 |
| 08/21/2018 | $4.50 | 28,592 | $4.63 | $4.63 | $4.50 |
| 08/20/2018 | $4.60 | 77,454 | $4.63 | $4.69 | $4.521 |
| 08/17/2018 | $4.59 | 35,345 | $4.50 | $4.6125 | $4.49 |
| 08/16/2018 | $4.53 | 65,914 | $4.36 | $4.55 | $4.30 |
| 08/15/2018 | $4.36 | 49,078 | $4.39 | $4.44 | $4.30 |

‹  1  …  64  65  **66**  67  68  69  70  ›

‹ BACK TO CELH OVERVIEW

Get up to 10 years of daily historical stock prices & volumes.  The "Close/Last" is the "adjust consolidated close price".  Data provided by Edgar Online. The net and percent change in the quote bar is based on the Nasdaq Official Close Price (NOCP).

© 2023 EDGAR®Online LLC, a subsidiary of OTC Markets Group. All rights reserved. EDGAR® and SEC® are trademarks of the U.S. Securities and Exchange Commission. OTC Market Groups Inc.'s products and services are not affiliated with or approved by the U.S. Securities and Exchange Commission.



## Trending Stocks

## AAPL
Apple Inc. Common Stock
$165.79   -1.66   0.99%   ▼

## TSLA
Tesla, Inc. Common Stock
$161.20   +0.59   0.37%   ▲

## MULN
Mullen Automotive, Inc. Common Stock
$1.47   -0.1275   7.98%   ▼

## PACW
PacWest Bancorp Common Stock
$3.17   -3.25   50.62%   ▼

## Smart Investing

Whether you're buying your first share or investing for the long-haul, we have you covered. Delivered Mondays.

All Text Fields Are Required

example@yourdomain.com

Select...

SUBMIT

INVESTOR RELATIONS

CONTACT

CAREERS

ADVERTISE

MOBILE APPS

NASDAQ MARKETSITE

TRUST CENTER

NEWSLETTERS

CHROME EXTENSION

PRIVACY POLICY

COOKIES

LEGAL

DO NOT SELL MY PERSONAL INFORMATION (CA RESIDENTS ONLY)

    



© 2023, Nasdaq, Inc. All Rights Reserved.