# EXHIBIT 3



HISTORICAL QUOTES: CELH Edit my quotes

# Celsius Holdings, Inc. Common Stock (CELH)

Nasdaq

Bid: N/A Ask: N/A
Volume: 719,945
MAY 4, 2023

1

+ADD TO WATCHLIST +ADD TO PORTFOLIO

Earnings Date

QUOTES

Summary
Real-Time
After-Hours
Pre-Market
Charts

NEWS & ANALYSIS

News
Press Releases
Analyst Research

Dividend History
Historical NOCP
Earnings
Option Chain
Institutional Holdings
SEC Filings
**Historical Quotes**
Financials
P/E & PEG Ratios
Short Interest
Insider Activity
Revenue EPS

CELH > CELH HISTORICAL DATA

# CELH Historical Data

1M 6M YTD 1Y 5Y MAX DOWNLOAD DATA

| Date | Close/Last | Volume | Open | High | Low |
|---|---|---|---|---|---|
| 09/12/2022 | $107.36 | 1,239,185 | $106.93 | $108.20 | |

MY QUOTES

| Date | Close/Last | Volume | Open | High | Low |
|---|---|---|---|---|---|
| 09/09/2022 | $105.93 | 1,205,138 | $106.21 | $107.6699 | $103.54 |
| 09/08/2022 | $104.98 | 1,716,575 | $97.04 | $105.6192 | $95.5964 |
| 09/07/2022 | $98.93 | 1,334,525 | $94.00 | $99.28 | $93.70 |
| 09/06/2022 | $93.82 | 1,140,360 | $96.88 | $97.62 | $93.3012 |
| 09/02/2022 | $96.36 | 1,160,984 | $101.00 | $102.27 | $95.90 |
| 09/01/2022 | $99.19 | 2,135,049 | $102.00 | $102.50 | $94.615 |
| 08/31/2022 | $103.49 | 1,071,614 | $106.87 | $107.49 | $101.59 |
| 08/30/2022 | $104.43 | 1,322,584 | $106.24 | $106.28 | $101.83 |
| 08/29/2022 | $104.98 | 1,799,465 | $107.81 | $109.99 | $104.54 |
| 08/26/2022 | $110.71 | 2,300,558 | $114.735 | $114.99 | $107.25 |
| 08/25/2022 | $116.10 | 1,373,149 | $115.991 | $118.1899 | $113.11 |
| 08/24/2022 | $113.54 | 2,185,947 | $114.295 | $117.13 | $112.05 |
| 08/23/2022 | $113.04 | 3,324,066 | $102.95 | $114.79 | $102.0301 |
| 08/22/2022 | $103.59 | 1,762,182 | $96.21 | $104.65 | $95.10 |
| 08/19/2022 | $98.28 | 1,365,122 | $100.30 | $100.7899 | $96.23 |
| 08/18/2022 | $102.92 | 1,593,024 | $100.54 | $104.415 | $99.11 |
| 08/17/2022 | $98.98 | 1,281,986 | $99.45 | $101.62 | $96.8029 |

‹   1   …   8   9   **10**   11   12   …   70   ›



BACK TO CELH OVERVIEW

Get up to 10 years of daily historical stock prices & volumes.  The "Close/Last" is the "adjust consolidated close price".  Data provided by Edgar Online. The net and percent change in the quote bar is based on the Nasdaq Official Close Price (NOCP).

© 2023 EDGAR®Online LLC, a subsidiary of OTC Markets Group. All rights reserved. EDGAR® and SEC® are trademarks of the U.S. Securities and Exchange Commission. OTC Market Groups Inc.'s products and services are not affiliated with or approved by the U.S. Securities and Exchange Commission.

## Trending Stocks

## AAPL
Apple Inc. Common Stock
$165.79   -1.66  0.99%  ▼

## TSLA
Tesla, Inc. Common Stock
$161.20   +0.59  0.37%  ▲

## MULN
Mullen Automotive, Inc. Common Stock
$1.47   -0.1275  7.98%  ▼

## PACW
PacWest Bancorp Common Stock
$3.17   -3.25  50.62%  ▼

# Smart Investing

Whether you're buying your first share or investing for the long-haul, we have you covered. Delivered Mondays.

All Text Fields Are Required

example@yourdomain.com

Select...

SUBMIT

INVESTOR RELATIONS

CONTACT

CAREERS

ADVERTISE

MOBILE APPS

NASDAQ MARKETSITE

TRUST CENTER

NEWSLETTERS

CHROME EXTENSION

PRIVACY POLICY

COOKIES

LEGAL

DO NOT SELL MY PERSONAL INFORMATION (CA RESIDENTS ONLY)

    



© 2023, Nasdaq, Inc. All Rights Reserved.