# EXHIBIT 4



PAGE  1

*The First State*

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF FORMATION OF "NU HORIZONS INVESTMENT GROUP, LLC", FILED IN THIS OFFICE ON THE NINETEENTH DAY OF AUGUST, A.D. 2011, AT 3:12 O'CLOCK P.M.

5027322  8100

110936725

You may verify this certificate online
at corp.delaware.gov/authver.shtml

Jeffrey W. Bullock, Secretary of State

AUTHENTICATION: 8987495

DATE: 08-23-11

```
State of Delaware
Secretary of State
Division of Corporations
Delivered 03:20 PM 08/19/2011
FILED 03:12 PM 08/19/2011
SRV 110936725 - 5027322 FILE
```

## CERTIFICATE OF FORMATION

## OF

__Nu Horizons Investment Group, LLC__

1. The name of the limited liability company is _Nu Horizons Investment Group, LLC_

2. The address of its registered office in the State of Delaware is: Corporation Trust Center, 1209 Orange Street, in the City of Wilmington, Delaware 19801. The name of its registered agent at such address is The Corporation Trust Company.

3. (Insert any other matters the members determine to include herein. For example, if the LLC is to have a specific effective date of dissolution, set forth as an additional item: "The latest date on which the limited liability company is to dissolve is _undetermined_."

If a later effective date is desirable, set forth as an additional item: "This Certificate of Formation shall be effective on _____.")

IN WITNESS WHEREOF, the undersigned have executed this Certificate of Formation of _Nu Horizons Investment Group, LLC_ this _19th_ day of _August_, _2011_.

_[signature]_
Russell Simmons

DE083 - 2/20/07 CT System Online