# EXHIBIT 10



**280 likes**

celsiusofficial Thanks for the support @snoopdogg @kennyhamilton @deepakchopra @marlonwayans @angelasimmons we cannot wait for you to experience #Celsius for yourself!!!!!

View all 69 comments

April 23, 2015

5/4/23, 10:39 PM
DWade on Twitter: "Congratulations to @OfficialKimora and @UncleRUSH on their new venture. Check out @CelsiusOfficial! http...
Case 1:23-mc-01505-MKB-JRC Document 5-11 Filed 05/05/23 Page 3 of 6 PageID #: 346



← Tweet

 **DWade** ✓
@DwyaneWade

Congratulations to @OfficialKimora and @UncleRUSH on their new venture. Check out @CelsiusOfficial!



3:29 PM · Apr 23, 2015

58 **Retweets**  196 **Likes**

**Don't miss what's happening**
People on Twitter are the first to know.

Log in    Sign up

5/4/23, 10:43 PM OMAR EPPS on Twitter: "Congratulations to @OfficialKimora and @UncleRUSH on their new venture. Check out @CelsiusOfficia…

Case 1:23-cv-01505-MKB-JRC Document 5-11 Filed 05/05/23 Page 4 of 6 PageID #: 347



 ← Tweet

**OMAR EPPS** ✓
@omarepps

Congratulations to @OfficialKimora and @UncleRUSH on their new venture.
Check out @CelsiusOfficial!



9:54 AM · Apr 23, 2015

49 Retweets  94 Likes

5/4/23, 10:43 PM
Kobe Bryant on Twitter: "Congratulations to @OfficialKimora and @UncleRUSH on their new venture. Check out @CelsiusOfficial...
Case 1:23-mc-01505-MKB-JRC Document 5-1 Filed 05/05/23 Page 5 of 6 PageID #: 348



← Tweet

Kobe Bryant
@kobebryant

Congratulations to @OfficialKimora and @UncleRUSH on their new venture. Check out @CelsiusOfficial!



4:53 PM · Apr 22, 2015

300 Retweets    1 Quote    874 Likes

Don't miss what's happening
People on Twitter are the first to know.

Log in    Sign up

5/4/23, 10:40 PM
Gabrielle Union on Twitter: Congratulations to @OfficialKimora and @UncleRUSH on their new venture. Check out @CelsiusOffi...
Case 1:23-mc-01505-MKB-JRC Document 5-11 Filed 05/05/23 Page 6 of 6 PageID #: 349



← Tweet

 

Gabrielle Union ✓
@itsgabrielleu

Congratulations to @OfficialKimora and @UncleRUSH on their new venture. Check out @CelsiusOfficial!



3:51 PM · Apr 23, 2015

54 Retweets   165 Likes

Don't miss what's happening
People on Twitter are the first to know.

Log in    Sign up