# EXHIBIT 20

# NU HORIZONS INVESTMENT GROUP

June 26, 2018

**TO WHOM IT MAY CONCERN**

The undersigned, Tim Leissner, as Manager of Nu Horizons Investment Group LLC ("Nu Horizons"), and Kimora Lee Simmons-Leissner, in her personal capacity, confirm that 3,972,659 million shares in Celsius Holdings, Inc. have been temporarily loaned to Kimora Lee Simmons-Leissner for purposes of the bond in connection with Federal Case 1:18-cr-00439 and will be returned when such collateral is no longer required.

_____      _____
**Tim Leissner**                                       **Kimora Lee Simmons-**
**Manager**                                              **Leissner**
**Nu Horizons Investment**
**Group LLC**