UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>TIM LEISSNER,<br><br>                                          Defendant. | 18-CR-439 (MKB)<br>23-MC-01505 (MKB)<br><br>NOTICE OF APPEARANCE |

To the clerk of court and all parties of record:

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for third-party Russell Simmons, derivatively on behalf of Nu Horizons Investment Group LLC and directly on his own behalf, in the above-captioned action. The undersigned is admitted to practice in this Court.

Dated: New York, New York
         June 23, 2023

**PRYOR CASHMAN LLP**

*/s/ Jeffrey Alberts*
Jeffrey Alberts
7 Times Square, Suite Level 40
New York, NY 10036
Tel: 212-326-0800
Email: jalberts@pryorcashman.com

*Attorneys for Petitioner Russell Simmons, derivatively on behalf of Nu Horizons Investment Group LLC and directly on his own behalf*