# BRAFMAN & ASSOCIATES, P.C.

ATTORNEYS AT LAW

256 FIFTH AVENUE, 2ND FLOOR

NEW YORK, NEW YORK 10001

TELEPHONE: (212) 750-7800

FACSIMILE: (212) 750-3906

E-MAIL: ATTORNEYS@BRAFLAW.COM

BENJAMIN BRAFMAN
———
MARK M. BAKER
OF COUNSEL
MARC A. AGNIFILO
OF COUNSEL
ZACH INTRATER
OF COUNSEL

ANDREA L. ZELLAN
JACOB KAPLAN
ADMITTED IN NY & NJ
TENY R. GERAGOS
ADMITTED IN NY & CA

October 27, 2023

VIA ECF

The Honorable Margo K. Brodie
Chief United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    <u>In Re Forfeiture Order of Tim Leissner</u>, 23-mc-01505 (MKB)

Dear Chief Judge Brodie:

      We submit this letter pursuant to the Court's October 18, 2023, Order directing Mr. Ng to update the Court on whether he intends to enter settlement negotiations with the government or whether the parties intend to engage in motion practice. We intend to have a conversation with the government early next week about possible resolutions. We will inform the Court of our progress.

      Respectfully submitted,

Marc A. Agnifilo
Teny R. Geragos

cc:    Counsel for the Government (via ECF)