HDM:DAS/BDM:SMF
F. #2016R00467

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

In re Forfeiture Order of Tim Leissner

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

ORDER FOR ISSUANCE OF SUBPOENA
UNDER 28 U.S.C. § 1783

Docket No. 23-MC-1505 (MKB) (JRC)

## ORDER

Upon consideration of the application by the Government for an order that a subpoena be issued to OSMAN ERALP, a national or resident of the United States currently located in Italy, and it appearing that the testimony of such witness is necessary in the interest of justice and that it is not possible to obtain his testimony in admissible form without his personal appearance, and it further appearing that foreign judicial assistance will be required in order to effect service in Italy of such subpoena;

IT IS HEREBY ORDERED, pursuant to Title 28, United States Code, Section 1783 that a subpoena issue commanding OSMAN ERALP to appear for a deposition on June 17, 2024 at 10:00 a.m. at the United States Attorney's Office for the Eastern District of New York in Brooklyn, New York, or on a date and time agreed upon and confirmed in writing by and between the witness and the Government.

IT IS FURTHER ORDERED that an appropriate formal request for judicial assistance be forwarded to foreign authorities in Italy, seeking their assistance in effective service of said subpoena and Order, tender a prepaid ticket for coach airfare for a

a roundtrip between Brooklyn, New York and Italy, and the sum of $753.00, constituting lodging, per diem and subsistence expenses associated with one day's attendance.

Brooklyn, New York
May 20, 2024

                                                                                                s/ James R. Cho
                                                                                                Honorable James R. Cho
                                                                                                United States Magistrate Judge