

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

DAS/BDM:SMF/TRP  *271 Cadman Plaza East*
F. #2016R00467  *Brooklyn, New York 11201*

May 29, 2024

<u>By ECF</u>

The Honorable James R. Cho
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:   In re Forfeiture Order of Tim Leissner
             <u>Miscellaneous Docket No. 23-1505 (MKB) (JRC)</u>

Dear Judge Cho:

      The government writes in response to Your Honor's May 20, 2024 Order directing the government to publicly file a privilege log enumerating the FBI-302 reports withheld from discovery pursuant to the work-product doctrine, which contain information potentially responsive to those requests to which the government has agreed to produce responsive documents.  <u>See</u> May 20, 2024 Minute Entry.  The government is withholding as privileged the following FBI-302 reports:

| Title | Date of Entry |
|---|---|
| Tim Leissner Interviews, June to August 2018 | 1/22/2019 |
| 2018.6.27 Interview of Tim Leissner | 4/23/2019 |
| Tim Leissner Proffers | 1/4/2019 |
| Proffer of Tim Leissner – 12/18/2020 | 3/1/2021 |
| Interview of Tim Leissner (4/29/21) | 5/17/2021 |
| Interview of Tim Leissner (9/21/2021) | 10/4/2021 |
| Interview of Tim Leissner (9/27/2021) | 10/4/2021 |

Consistent with the Court's order, the government is also providing clean and highlighted copies of these FBI-302 reports under seal to chambers for <u>ex parte</u> review.

Respectfully submitted,

BREON PEACE
United States Attorney

By:    /s/
Dylan A. Stern
Brian D. Morris
Tanisha R. Payne
Assistant U.S. Attorneys
(718) 254-7000


By:    /s/
Margaret A. Moeser
Acting Chief, Money Laundering and Asset
Recovery Section – Criminal Division
U.S. Department of Justice
(202) 514-2000