**PRYOR CASHMAN LLP**

New York | Los Angeles | Miami

7 Times Square, New York, NY 10036-6569   Tel: 212-421-4100   Fax: 212-326-0806   www.pryorcashman.com

**Jeffrey Alberts**
Partner
Direct Tel: 212-326-0800
jalberts@pryorcashman.com

July 8, 2024

**VIA EMAIL**

David K. Willingham
King & Spalding LLP
633 West Fifth Street, Suite 1600
Los Angeles, California 90071
Email: dwillingham@kslaw.com

   Re: *In re Forfeiture Order of Tim Leissner*, 23-mc-1505 (MKB)(JRC)

Dear Mr. Willingham:

  We represent petitioner Russell Simmons in the above-referenced action. Pursuant to Section 3(D) of the Court's Individual Practices and Rules and the Court's June 12, 2024 scheduling order, enclosed are Mr. Simmons's notice of motion to dismiss the petition of Kimora Lee Simmons-Leissner and accompanying memorandum of law.

  These documents will be filed on ECF when the motion is fully briefed.

          Sincerely,

          /s/ *Jeffrey Alberts*
          Jeffrey Alberts
          PRYOR CASHMAN LLP
          7 Times Square
          New York, New York 10036
          Telephone: (212) 326-0800
          jalberts@pryorcashman.com

          *Counsel for Petitioner Russell Simmons*

(Enclosures)

cc: The Honorable Margo K. Brodie (by ECF, without enclosures)
   Counsel of record (by email)