UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re Forfeiture Order of Tim Leissner | 23-MC-01505 (MKB)(JRC) |

**PETITIONER SIMMONS'S NOTICE OF MOTION TO DISMISS THE PETITION OF <u>KIMORA LEE SIMMONS-LEISSNER</u>**

PLEASE TAKE NOTICE that, upon Petitioner Russell Simmons's Memorandum of Law in Support of His Motion to Dismiss the Petition of Kimora Lee Simmons-Leissner, Petitioner Simmons moves this Court, before the Honorable Margo K. Brodie, United States District Judge, in Courtroom 6F, 225 Cadman Plaza East, Brooklyn, New York 11201, for an order pursuant to Rules 12(b)(6) and 32.2(c)(1)(A) of the Federal Rules of Civil dismissing with prejudice the petition of Kimora Lee Simmons-Leissner (ECF No. 3-1).

Dated:  July 8, 2024

Respectfully submitted,

PRYOR CASHMAN LLP

By:    */s/ Jeffrey Alberts*

Jeffrey Alberts
7 Times Square, Suite Level 40
New York, NY 10036
Tel: 212-326-0800
Email: jalberts@pryorcashman.com

*Counsel for Petitioner Russell Simmons*