**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In Re Forfeiture Order of Tim Leissner, et al. | 23-MC-01505 (MKB) (JRC)<br><br>**NOTICE OF APPEARANCE** |

To the clerk of court and all parties of record:

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for Petitioner Russell Simmons, on behalf of himself and derivatively on behalf of Nu Horizons Investment Group LLC, in the above-captioned action. The undersigned is admitted to practice in this Court.

Dated: New York, New York
September 20, 2024

PRYOR CASHMAN LLP

By: /s/ *Daniel V. Derby*
Daniel V. Derby
7 Times Square
New York, NY 10036
Tel: 212-326-0438
Email: dderby@pryorcashman.com

*Attorneys for Petitioner Russell Simmons, on behalf of himself and derivatively on behalf of Nu Horizons Investment Group LLC*