UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re Forfeiture Order of Tim Leissner | 23-MC-01505 (MKB)(JRC) |

**PETITIONER SIMMONS'S NOTICE OF MOTION FOR RECONSIDERATION OR, IN THE ALTERNATIVE, FOR EXPEDITED DISCOVERY**

PLEASE TAKE NOTICE that, upon Petitioner Russell Simmons's Memorandum of Law in Support of His Motion For Reconsideration or, in the Alternative, for Expedited Discovery, and the Declaration of Jeffrey Alberts and the exhibits attached thereto, Petitioner Simmons moves this Court, before the Honorable Margo K. Brodie, United States District Judge, in Courtroom 6F, 225 Cadman Plaza East, Brooklyn, New York 11201, for an order pursuant to Rule 6.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York reconsidering its grant (ECF No. 87) to Petitioner Kimora Lee Simmons-Leissner of leave to amend her forfeiture petition (ECF No. 3-1) or, in the alternative, for expedited discovery.

Dated:  October 21, 2024                    Respectfully submitted,

                                            PRYOR CASHMAN LLP


                                            By:     */s/ Jeffrey Alberts*

                                                    Jeffrey Alberts
                                                    7 Times Square, Suite Level 40
                                                    New York, NY 10036
                                                    Tel: 212-326-0800
                                                    Email: jalberts@pryorcashman.com

                                            *Counsel for Petitioner Russell Simmons*