

U.S. Department of Justice

United States Attorney
Eastern District of New York

BGK/DAS:TRP/SMF/JLS  
F. #2016R00467

*271 Cadman Plaza East*  
*Brooklyn, New York 11201*

December 2, 2025

By ECF

The Honorable James R. Cho  
United States Magistrate Judge  
Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, New York 11201

      Re: In re Forfeiture Order of Tim Leissner  
           Miscellaneous Docket No. 23-1505 (MKB) (JRC)

Dear Judge Cho:

      The government writes pursuant to the Court's November 18, 2025 Order directing the government, Kimora Lee Simmons-Leissner and Russell Simmons, and pursuant to Judge Brodie's November 25, 2025 Order directing the government and Ken Siazon (collectively, the "Settling Parties"), to provide the Court with a joint status update regarding the above-referenced matter.

      On November 21, 2025, the government and Mr. Siazon informed Judge Brodie that they had reached a settlement in principle regarding his claim in this matter.  See ECF No. 167.

      The Settling Parties are continuing to draft and refine the necessary settlement paperwork.  In parallel, the internal Department of Justice approval process required for final resolution is ongoing.

The Settling Parties jointly request permission to submit a further joint status update on or before December 22, 2025.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By: /s/
Tanisha R. Payne
Sean M. Fern
Assistant U.S. Attorneys
(718) 254-7000

MARGARET A. MOESER
Chief
Money Laundering, Narcotics and
Forfeiture Section
U.S. Department of Justice

By: /s/
Joshua L. Sohn
Trial Attorney

cc: Clerk of the Court (JRC) (by ECF)
All Counsel of Record (by ECF)