

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

BGK/DAS:TRP/SMF/JLS  *271 Cadman Plaza East*
F. #2016R00467  *Brooklyn, New York 11201*

December 22, 2025

By ECF

The Honorable James R. Cho
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re:  In re Forfeiture Order of Tim Leissner
      Miscellaneous Docket No. 23-1505 (MKB) (JRC)

Dear Judge Cho:

  The government writes pursuant to the Court's December 4, 2025 Order directing the government, Kimora Lee Simmons-Leissner, Ken Siazon and Russell Simmons (collectively, the "Settling Parties") to provide the Court with a joint status update regarding the above-referenced matter.

  The Settling Parties are continuing to draft and refine the necessary settlement paperwork. In parallel, the internal Department of Justice approval process required for final resolution is ongoing.

The Settling Parties jointly request permission to submit a further joint status update on or before January 16, 2026.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By:   /s/
Tanisha R. Payne
Sean M. Fern
Assistant U.S. Attorneys
(718) 254-7000

MARGARET A. MOESER
Chief
Money Laundering, Narcotics and
Forfeiture Section
U.S. Department of Justice

By:   /s/
Joshua L. Sohn
Trial Attorney

cc:    Clerk of the Court (JRC) (by ECF)
      All Counsel of Record (by ECF)