

|  |  |
|---|---|
| BGK/DAS:TRP/SMF | **U.S. Department of Justice** |
| F. #2016R00467 | |

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

January 16, 2026

By ECF

The Honorable James R. Cho
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re:  In re Forfeiture Order of Tim Leissner
      Miscellaneous Docket No. 23-1505 (MKB) (JRC)

Dear Judge Cho:

   The government respectfully submits this letter pursuant to the Court's December 4, 2025 Order directing the government, Kimora Lee Simmons-Leissner, Russell Simmons, and Ken Siazon (collectively, the "Settling Parties") to provide the Court with a status update in the above-referenced criminal forfeiture ancillary proceeding, by January 16, 2026. The Settling Parties request that they be permitted to file the status letter on January 20, 2026 to allow additional time to provide the Court with the status of the settlement in this matter.

   Thank you for your Honor's consideration of this request.

               Respectfully submitted,

               JOSEPH NOCELLA, JR.
               United States Attorney
               Eastern District of New York

         By:   /s/
            Tanisha R. Payne
            Sean M. Fern
            Assistant U.S. Attorneys
            (718) 254-7000

cc:  Clerk of the Court (JRC) (by ECF)
    All Counsel of Record (by ECF)