

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

DAS:TRP/SMF
F. #2016R00467

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

January 20, 2026

By ECF

The Honorable James R. Cho
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    In re Forfeiture Order of Tim Leissner
                Miscellaneous Docket No. 23-1505 (MKB) (JRC)

Dear Judge Cho:

        The government respectfully submits this letter pursuant to the Court's December 4, 2025 Order directing the government, Kimora Lee Simmons-Leissner, Russell Simmons, and Ken Siazon (collectively, the "Settling Parties") to provide the Court with the status of the settlement in the above-referenced criminal forfeiture ancillary proceeding.

## Ms. Lee's Position

        The Court held a Settlement Conference on September 17, 2025. (Sept. 17, 2025 Minute Entry.) After extensive discussions, the Court made a settlement recommendation (*id.*), which the government, Kimora Lee Simmons-Leissner ("Lee"), and Russell Simmons ("Simmons") (together the "Settling Parties") accepted on September 30, 2025. Thereafter, the Court asked the Settling Parties to file a joint status report by November 17, 2025, allowing more than six weeks for the government to secure the necessary approvals and for the parties to finalize their settlement agreements. (Oct. 2, 2025 Order.) Lee provided the government with a draft settlement agreement on October 31, 2025, but the government has provided no revisions or counter-proposal for the documentation of the settlement.

        On November 21, 2025, the government reached a settlement with another petitioner, Ken Siazon. (Dkt. 167.) The government has since requested three extensions to finalize these settlements. (Dkts. 166, 168, 169.) It has now been three-and-a-half months since the Settling Parties reached a settlement in principle, and the government has yet to approve the settlements or provide any response to the proposed settlement agreement provided by Lee.

        While there have been ongoing discussions and representations that there has been progress, the delay is now prejudicing Lee and Simmons. After reaching a settlement in principle, they filed a Notice of Settlement in the concurrent Los Angeles litigation to which they

are both parties, *Simmons v. Leissner, et al.*, Case No. 21STCV18852 (Los Angeles Cnty Super. Ct.). The court vacated all hearing dates and set an initial Order to Show Cause Hearing re: Dismissal on December 9, 2025, which has been continued to January 20, 2026. On January 13, 2026, Simmons's counsel filed a response to the continued OSC, but there is a significant likelihood that the court will reinstate the litigation and require Lee and Simmons to recommence the litigation, which may put in jeopardy the settlement in this case. Adding to the precarious status of the settlement is the fact that the resolution of this matter will involve the distribution of stock, which has fluctuated in value over the last three months from under $38/per share to nearly $67/share, making it virtually impossible for the parties to rely on the consistency of the value of the deal.

In light of this delay, Lee respectfully requests that the Court set another Settlement Conference as soon as possible to facilitate finalizing the settlements agreements. To be productive, someone with final settlement approval authority in both form and substance from each party should be required to attend the Settlement Conference.

## **The Government's Position**

As the Court is aware, the government reached a settlement in principle with claimants Simmons, Lee and Siazon (the "Settling Claimants") subject to final Department of Justice ("DOJ") approval and advised that it could take months for a final decision to be made by the relevant authorities at DOJ. This Office has requested the necessary internal DOJ approvals for the settlements in this matter, and although the process is progressing, our request is still currently awaiting final approval.

In the interim, the government has had several discussions with counsel for the Settling Claimants to discuss the terms and logistics of the proposed settlement. While the government has not yet provided counsel for the Settling Claimants with finalized settlement documents because it had not received final settlement authority, the government did provide counsel for Lee and Simmons with sample language that it proposed be used in the parties' final documents. After receiving Lee's and Simmons' draft settlement agreements, the government had detailed discussions with counsel to discuss proposed revisions and additions to the settlement documents. In any event, the government has advised counsel for the Settling Claimants that it will provide draft settlement documents subject to further revision, if needed.

With respect to Lee's request that a settlement conference before Your Honor be scheduled, the government submits that such request would be premature at this time since: (i) the government has not received final settlement approval; and (ii) the Settling Parties are continuing to confer regarding substantive terms of the proposed agreement and are working to resolve it among themselves. Should the Settling Parties be unable to resolve substantive issues regarding the terms of the settlement documents, the government would consent to Court intervention to assist the parties.

The government respectfully requests that it be allowed to submit a further joint status update on or before February 20, 2026. Counsel for Siazon advised that Siazon has no objection to the government's proposed deadline for a status update. Counsel for Simmons

advised that Simmons has no objection to the government's proposed deadline for a status update and takes no position as to Lee's request for a settlement conference.

        Thank you for Your Honor's consideration.

        Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney
Eastern District of New York

By:   /s/
Tanisha R. Payne
Sean M. Fern
Assistant U.S. Attorneys
(718) 254-7000

cc:    Clerk of the Court (JRC) (by ECF)
      All Counsel of Record (by ECF)