

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

DAS:TRP/SMF                    *271 Cadman Plaza East*
F. #2016R00467                 *Brooklyn, New York 11201*

February 20, 2026

By ECF

The Honorable James R. Cho
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:    In re Forfeiture Order of Tim Leissner
>        Miscellaneous Docket No. 23-1505 (MKB) (JRC)

Dear Judge Cho:

The government respectfully submits this letter pursuant to the Court's
January 26, 2026 Order directing the government, Kimora Lee Simmons-Leissner, Russell
Simmons, and Ken Siazon (collectively, the "Settling Parties") to provide the Court with the
status of the settlement in the above-referenced criminal forfeiture ancillary proceeding.

### Ms. Lee's Position

As the Court is aware, following the Settlement Conference on September 17,
2025 (Sept. 17, 2025 Minute Entry), the government, Kimora Lee Simmons-Leissner
("Lee"), and Russell Simmons ("Simmons") accepted the Court's settlement
recommendation.  The government subsequently reached an agreement to settle the claims of
petitioner Ken Siazon.  (Dkt. 167.)

Since October 2, 2025, the Court has asked for status reports on the progress
of the settlement and for five months the government has been asking for additional time to
obtain approval of the settlement.  (*See, e.g.*, Oct. 2, 2025 Order.)  Most recently, on January
20, 2026, the parties filed a joint status report and Lee requested that the Court set another
Settlement Conference as soon as possible to facilitate finalizing the settlement agreements
(Dkt. 171 at 2), but the government opposed the request and asked that the parties be
permitted to file another joint status report by February 20, 2026 (*id*. at 2-3).  The
government is now asking for yet another month until March 23, 2026, *not to finalize the
agreements*, but to file another status report.

In light of the repeated and extensive delay—which, among other things, has strained the ongoing proceeding in Los Angeles Superior Court that will be resolved by this settlement—Lee respectfully renews her request that the Court set another Settlement Conference as soon as possible to facilitate finalizing the settlements agreements, and that the Court order that someone with final settlement approval authority in both form and substance from each party be required to attend the Settlement Conference.

## The Government's Position

As the Court is aware, the government reached a settlement in principle with claimants Simmons, Lee and Siazon (the "Settling Claimants") subject to the government securing the necessary approvals for the settlement and agreement among the Settling Parties as to additional terms and conditions. This Office is currently awaiting the final Department of Justice ("DOJ") approvals required for final resolution of the relevant claims. In the interim, the government has provided counsel for the Settling Claimants with draft settlement documents, and the Settling Parties continue to discuss and refine the necessary settlement paperwork.

The government, Simmons and Siazon request that they be allowed to submit a further joint status update on or before March 23, 2026. Should the government obtain final DOJ approval prior to that date, it will promptly notify the Court.

With respect to Lee's request that a settlement conference before Your Honor be scheduled, the government submits that such request would be premature at this time since: (i) the government has not received final settlement approval; and (ii) the Settling Parties are continuing to confer regarding substantive terms of the proposed agreement and are working to resolve it among themselves. Should the Settling Parties be unable to resolve substantive issues regarding the terms of the settlement documents, the government would consent to Court intervention to assist the parties.

Thank you for Your Honor's consideration.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney
Eastern District of New York

By:     /s/
        Tanisha R. Payne
        Sean M. Fern
        Assistant U.S. Attorneys
        (718) 254-7000

cc:     Clerk of the Court (by ECF)
        All Counsel of Record (by ECF)