

**U.S. Department of Justice**

_____

April 17, 2026

<u>By ECF</u>

The Honorable James R. Cho
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:  In re Forfeiture Order of Tim Leissner
       <u>Miscellaneous Docket No. 23-1505 (MKB) (JRC)</u>

Dear Judge Cho:

    We write to inform the Court that the settlement in principle has been approved by the Department of Justice (the "Department") and to provide additional information on issues raised during the status conference on March 25, 2026.

    During that conference, the Court raised concerns about the time to approve settlement between the government and the three petitioners Kimora Lee Simmons-Leissner, Russell Simmons, and Ken Siazon. As represented by attorneys for the government, this approval process, involving significant sums and complex claims, has proceeded through the internal approval process in the Department expeditiously and consistent with the timing for other settlements of this complexity. As is typical in cases of this size, there are multiple levels of review and approval in place to ensure the settlement is appropriate.

Respectfully Submitted,

A. TYSEN DUVA        JOSEPH NOCELLA, JR.
Assistant Attorney General     United States Attorney
Criminal Division        Eastern District of New York


_Mary K. Butler_ for       _Alixandra Smith_
_____    _____
Margaret A. Moeser       Alixandra E. Smith
Chief, Money Laundering, Narcotics  Chief, Criminal Division
and Forfeiture Section