

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

BGK/DAS/TRP:SMF
F. #2016R00467

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

May 1, 2026

By ECF

The Honorable James R. Cho
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: In re Forfeiture Order of Tim Leissner
       Miscellaneous Docket No. 23-1505 (MKB) (JRC)

Dear Judge Cho:

    The government writes pursuant to the Court's April 17, 2026 Order directing the government, Kimora Lee Simmons-Leissner, Ken Siazon and Russell Simmons (collectively, the "Settling Parties") to provide the Court with a joint status update regarding the above-referenced matter.

    In light of the Department of Justice's approval of the settlement in principle, the Settling Parties are working to finalize the necessary settlement documents and obtain the necessary signatures. Once finalized, the government will submit the executed settlement documents to the Court for its review and approval.

The Settling Parties jointly request permission to submit a further joint status update on or before June 1, 2026.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By:    /s/                      
Tanisha R. Payne
Sean M. Fern
Assistant U.S. Attorneys
(718) 254-7000

MARGARET A. MOESER
Chief
Money Laundering, Narcotics and
Forfeiture Section
U.S. Department of Justice

By:    /s/                      
Barbara Y. Levy
Trial Attorney

cc:    Clerk of the Court (JRC) (by ECF)
        All Counsel of Record (by ECF)