

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

BGK/DAS/TRP:SMF
F. #2016R00467

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 1, 2026

By ECF

The Honorable James R. Cho
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re: In re Forfeiture Order of Tim Leissner
> Miscellaneous Docket No. 23-1505 (MKB) (JRC)

Dear Judge Cho:

The government writes pursuant to the Court's May 1, 2026 Order directing the government, Kimora Lee Simmons-Leissner, Ken Siazon and Russell Simmons (collectively, the "Settling Parties") to provide the Court with a joint status update regarding the above-referenced matter.

The Settling Parties are continuing to finalize the settlement documentation, and anticipate submitting executed papers to the Court for its review and approval in the near future.

The Settling Parties respectfully request permission to submit a further joint status update on or before June 15, 2026. If the Settling Parties resolve the remaining issues before then, they will promptly notify the Court.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By:    /s/
Tanisha R. Payne
Sean M. Fern
Assistant U.S. Attorneys
(718) 254-7000

MARGARET A. MOESER
Chief
Money Laundering, Narcotics and Forfeiture Section
U.S. Department of Justice

By:
Barbara Y. Levy
Trial Attorney

cc:    Clerk of the Court (JRC) (by ECF)
All Counsel of Record (by ECF)