UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

                    :    23-MC-1505 (MKB) (JRC)

In Re Forfeiture Order of Tim Leissner, et al.  :   **STIPULATION AND ORDER**
                                 **SUBSTITUTING ATTORNEYS**

                    :

-----------------------------------------------------------X

The undersigned hereby stipulate and consent to the substitution of attorney Joseph W.

Murray, Esq., an attorney duly admitted or otherwise authorized to practice in this court, as

attorney of record for Interested Party, Tim Leissner, in the above-captioned action in place and

instead of the law firm of Meister Seelig & Schuster PLLC, by and through its attorneys, Henry

E. Mazurek, Ilana Haramati, and Eugene Meyers.

Dated: July 10, 2026

MEISTER SEELIG & SCHUSTER PLLC

By: _*Henry Mazurek*_____

        Henry E. Mazurek
        Ilana Haramati
        Eugene Meyers
        *(Outgoing Attorneys)*
        125 Park Avenue
        7th floor
        New York, NY 10017

JOSEPH W. MURRAY, ESQ.

By: _____

        Joseph W. Murray
        *(Incoming Attorney)*
        3505 Veterans Memorial Highway

Suite-Q
Ronkonkoma, New York 11779
Phone: (718) 514-3855
Email: joe@jmurray-law.com


TIM LEISSNER (Interested Party)

By: _____

Kirk Edward Schenk
*(Power of Attorney for Interested Party -*
*Tim Leissner)*
Law Offices of Kirk Edward Schenk, P.C.
11811 San Vicente Boulevard, Third Floor
Los Angeles, California 90049
Phone: (310) 600-3800
Email: kirkschenck@schenckpc.com


**SO ORDERED:**


_____
U.S.D.J.