

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

BGK/DAS/TRP:SMF                         *271 Cadman Plaza East*
F. #2016R00467                          *Brooklyn, New York 11201*

July 17, 2026

<u>By ECF</u>

The Honorable James R. Cho
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

     Re: In re Forfeiture Order of Tim Leissner
       <u>Miscellaneous Docket No. 23-1505 (MKB) (JRC)</u>

Dear Judge Cho:

   The government respectfully submits this letter pursuant to the Court's June 16, 2026 Order directing the government, Kimora Lee Simmons-Leissner, Ken Siazon and Russell Simmons (collectively, the "Settling Parties") to provide the Court with a joint status update regarding the above-referenced matter.

   The Settling Parties have made progress and are continuing to finalize the terms of the settlement documents.  Once finalized, the Settling Parties will promptly submit an order to the Court for its review and approval.

Thank you for Your Honor's consideration.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By:     /s/
Tanisha R. Payne
Sean M. Fern
Assistant U.S. Attorneys
(718) 254-7000

MARGARET A. MOESER
Chief
Money Laundering, Narcotics and
Forfeiture Section
U.S. Department of Justice

By:     /s/
Barbara Y. Levy
Trial Attorney

cc:     Clerk of the Court (JRC) (by ECF)
        All Counsel of Record (by ECF)