**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

DAS/TRP:BYL
F. #2016R00467

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 19, 2026

The Honorable James R. Cho
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: In re Forfeiture Order of Tim Leissner
Miscellaneous Docket No. 23-1505 (MKB) (JRC)

Dear Judge Cho:

The government respectfully writes on behalf of the government and third-party petitioners Kimora Lee Simmons-Leissner, Ken Siazon and Russell Simmons (the "Claimants") to provide a status of the above-referenced criminal forfeiture ancillary proceeding.

Earlier today, the government submitted a proposed Stipulation of Settlement and Order ("Stipulation and Order") to the Honorable Margo K. Brodie, Chief United States District Judge, for endorsement. The proposed Stipulation and Order provides for disbursements to the Claimants of a portion of shares of Celsius Holdings, Inc. stock seized for forfeiture in the related case, United States v. Leissner, 18-CR-439 (MKB) (E.D.N.Y.) ("Leissner"), in full settlement of their petitions, and the forfeiture of the remaining shares to the government.

Upon entry of the proposed Stipulation and Order, the government will file a proposed Final Order of Forfeiture in the Leissner case.

Thank you for Your Honor's consideration of this submission.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By: /s/
Tanisha R. Payne
Sean M. Fern
Assistant U.S. Attorneys
(718) 254-7000

MARGARET A. MOESER
Chief
Money Laundering, Narcotics and Forfeiture Section
U.S. Department of Justice

By: /s/
Barbara Y. Levy
Trial Attorney

cc: Clerk of the Court (JRC) (by ECF)
All Counsel of Record (by ECF)