**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re Forfeiture Order of Tim Leissner, et al., | 1:23-MC-01505 (MKB)<br><br>**[PROPOSED] ORDER TO MODIFY THE PROTECTIVE ORDER (DKT. 41) TO PERMIT USE OF THE APRIL 25, 2025 DEPOSITION TRANSCRIPT OF TIM LEISSNER** |

# [PROPOSED] ORDER

Upon consideration of Claimant Kimora Lee Simmons Leissner's ("Ms. Lee") letter motion seeking modification of the April 23, 2024 Protective Order entered in this action (the "Protective Order," Dkt. 41), pursuant to Paragraphs 6, 17, and 24 of the Protective Order and Federal Rule of Civil Procedure 26(c), the Court, having considered the letter motion and finding good cause under Rule 26(c), HEREBY ORDERS that the letter motion is GRANTED, as follows:

1. Pursuant to Paragraphs 6 and 24 of the Protective Order and Federal Rule of Civil Procedure 26(c), the transcript of Tim Leissner's April 25, 2025 deposition taken in this proceeding, together with its exhibits (collectively, the "Leissner Deposition Materials"), may be used in the case *Keyway Pride Limited LLC v. 25 Beverly Park Circle PropCo LLC*, et al., Case No. 21SMCV00182, pending in the Superior Court of California, County of Los Angeles (the "PropCo Action").

2. The Leissner Deposition Materials shall be designated "Confidential" under the protective order entered in the PropCo Action and shall be handled in accordance with its terms, including filing under seal where required.

3. The portions of the Leissner transcript muted for remote participants during the discussion of Government Exhibits 21 and 19 and KLS Exhibit 123 (Tr. 204:24–211:4 and Tr. 232:17–244:25), and Government Exhibits 21 and 19 and KLS Exhibit 123 themselves, shall be designated "Attorneys' Eyes Only" in the PropCo Action.

4. Notwithstanding Paragraph 17 of the Protective Order, Ms. Lee's counsel is authorized to transmit the exhibits and transcript portions identified in Paragraph 3 of this Order from standalone computers for use in the PropCo Action, subject to their Attorneys' Eyes Only designation in that action.

5. Except as expressly modified by this Order, the Protective Order remains in full force and effect, and the Leissner Deposition Materials remain "Discovery Material" subject to its terms.

6. This Order authorizes use of the Leissner Deposition Materials only in the PropCo Action and does not authorize their use in any other proceeding or for any other purpose.

**IT IS SO ORDERED.**

Dated: Brooklyn, New York

______________, 2026

___________________________________

Honorable James R. Cho
United States Magistrate Judge